# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2021

Bridget M. McCormack,
Chief Justice

162062

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

        SC: 162062
        COA: 349523
        Wayne CC: 14-005613-FC

MICHAEL DEMOND LAWSON,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. This order is without prejudice to the defendant's ability to file a motion for relief from judgment pursuant to MCR 6.501 *et seq.* that may include any claim of actual innocence or newly discovered evidence.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021



Clerk

a0113